**Joe Evans, Doing Business as Joe Evans and Sons, Plaintiff-Appellee, v. Frank S. Owens, Defendant-Appellant.**

Gen. No. 10,331.

Third District.

April 17, 1961.

Rehearing denied May 2, 1961.

Costigan, Wollrab & Yoder, of Bloomington, for appellant; Chester Thomson and John W. Biggers, of Bloomington, Substitute Attorneys for plaintiff-appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.